NATIONAL SURETY CORPORATION, Plaintiff, *v.* FEDERAL RESERVE
BANK OF NEW YORK, Defendant, and FIRST NATIONAL BANK
OF BOSTON, Impleaded Defendant.

Supreme Court, New York County, August 31, 1936.

*Leo T. Kissam* [*Leo T. Kissam* and *Charles E. Powers* of counsel],
for the plaintiff.

*Bigham, Englar, Jones & Houston* [*G. Arthur Blanchet* of counsel],
for the impleaded defendant.

STEUER, J.   In this action the First National Bank of Boston was
allowed to implead as a defendant by stipulation.   It now wishes to
assert a claim over against the plaintiff.   It acknowledges that this
cannot be done under the existing status of the parties to the action.
It, therefore, seeks to join plaintiff as a defendant in the action.
For several reasons this procedure cannot be allowed.   Primarily,
one already a party to an action cannot be again joined as a party.
Secondly, in the view of the court and in accordance with the
motion decided herewith (161 Misc. 304), the claim does not state
a cause of action.   Lastly, the anomalous situation complained of
by the moving party is soluble by another method.   The impleaded
defendant may start an action against the plaintiff and then apply
either to have the actions consolidated or tried together.   Motion
denied.